J. Randall Jones, Esq. (#1927)
Michael J. Gayan, Esq. (#11135)
Kemp, Jones & Coulthard, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89169
Tel.: (702) 385-6000
Fax: (702) 385-6001
m.gayan@kempjones.com

Imanuel B. Arin (NV Bar #4207)
ARIN & ASSOCIATES
10801 W. Charleston Blvd., Suite 170
Las Vegas, Nevada 89135
(T) (702) 838-8600 | (F) (702) 838-8601
iarin@arinassociates.net

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUZ ELENA CUADROS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CASE NO.:   2:16-cv-02025-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF BRIEFING DEADLINES FOR DEFENDANT'S MOTION TO DISMISS (ECF NO. 10)**<br><br>**(First Request)** |

**STIPULATION**

Plaintiff Luz Elena Cuadros and Defendant State Farm Fire and Casualty Co., by and through their respective counsel, hereby stipulate that Plaintiff may have up to and including October 3, 2016, to respond to Defendant's Motion to Dismiss (ECF No. 10, originally filed on

1

September 1, 2016), and Defendant may have up to and including October 17, 2016, to file a reply in support of its Motion to Dismiss. This is the parties' first request for an extension of time in this matter, and the parties are in agreement that the extension is warranted.

DATED this 15th day of September, 2016.

KEMP, JONES & COULTHARD, LLP

 /s/ Michael J. Gayan
J. Randall Jones, Esq. (#1927)
Michael J. Gayan, Esq. (#11135)
Kemp, Jones & Coulthard, LLP
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89169
Tel.: (702) 385-6000
Fax: (702) 385-6001
m.gayan@kempjones.com

*Attorneys for Plaintiff Luz Elena Cuadros*

DATED this 15th day of September, 2016.

HALL JAFFE & CLAYTON, LLP

 /s/ Riley A. Clayton
Riley A. Clayton (#5260)
7425 Peak Drive
Las Vegas, NV 89128
(702) 316-4111
Fax: (702) 316-4114
rclayton@lawhjc.com

*Attorneys for State Farm Fire and Casualty Co.*

**ORDER**

IT IS SO ORDERED.

DATED September 15, 2016.

_____
UNITED STATES DISTRICT JUDGE

2