# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LUZ ELENA CUADROS,

        Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY,

        Defendant.

2:16-cv-02025-JCM-VCF

**MINUTE ORDER**

      Before the Court is the Joint Motion for Nonresident Co-Counsel to Appear Telephonically for Hearing (ECF No. 43).

      IT IS HEREBY ORDERED that the Joint Motion for Nonresident Co-Counsel to Appear Telephonically for Hearing (ECF No. 43) is GRANTED.  Robert K. Shelquist and Todd Noteboom may appear telephonically for the hearing at 3:00 p.m., November 14, 2016.  The call in telephone number is (888)273-3658, access code: 3912597.  The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

      DATED this 14th day of November, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE