Riley A. Clayton (Nevada Bar No. 005260)
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, NV 89128
(702) 316-4111
Fax: (702) 316-4114
rclayton@lawhjc.com

Todd A. Noteboom (*pro hac vice*)
Jeffrey G. Mason (*pro hac vice*)
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500
Fax: (612) 335-1657
todd.noteboom@stinson.com
jeffrey.mason@stinson.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LUZ ELENA CUADROS, on behalf of herself and all others similarly situated,<br>　　　　Plaintiff,<br>vs.<br>STATE FARM FIRE AND CASUALTY COMPANY,<br>　　　　Defendant, | Case No. 2:16-CV-02025 JCM (VCF)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (ECF No. 8-2)**<br><br>**(First Request)** |

**STIPULATION**

Plaintiff Luz Elena Cuadros ("Plaintiff") and Defendant State Farm Fire and Casualty Company ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate that Defendant may have up to and including July 26, 2017, to move, respond to,

///

1

or to otherwise answer the Complaint (Dkt. No. 8-2) in the above matter. This is the first request in this Court[1] for an extension of time to answer the Complaint in this matter, and the Parties are in agreement that the extension is warranted and not brought for the purposes of unduly delaying these proceedings.

Dated this 27th day of June, 2017.

*/s/ Melissa Wolchansky, Esq.*
_____
J. Randall Jones (Nev. Bar No. 1927)
Michael J. Gayan (Nev. Bar No. 11135)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001
r.jones@kempjones.com

Imanuel B. Arin, Esq.
ARIN & ASSOCIATES
10801 W. Charleston Blvd., Suite 170
Las Vegas, NV 89135
Telephone: (702) 838-8600
Facsimile: (702) 838-8601

Charles J. LaDuca (*pro hac vice*)
Michael Flannery (*pro hac vice*)
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, Maryland 20814
Telephone: (202) 789-3960
Fax: (202) 789-1813
charles@cuneolaw.com
mflannery@cuneolaw.com

Dated this 27th day of June, 2017.

*/s/ Riley A. Clayton, Esq.*
_____
Riley A. Clayton (Nevada Bar No. 005260)
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, NV 89128
(702) 316-4111
Fax: (702) 316-4114
rclayton@lawhjc.com

Todd A. Noteboom (*pro hac vice*)
Jeffrey G. Mason (*pro hac vice*)
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500
Fax: (612) 335-1657
todd.noteboom@stinson.com
jeffrey.mason@stinson.com

***Attorneys for Defendant State Farm Fire and Casualty Company***

---

[1] Before Defendant removed this action to this Court (Dkt. No. 1) and moved to dismiss the Complaint in this Court (Dkt. No. 10), the parties entered a stipulation in the Clark County District Court extending Defendant's time to move, respond to, or otherwise answer the complaint in the action captioned *Luz Elena Cuadros v. State Farm Fire and Casualty Company*, Case No. A-16-739048-B, Dept. No. XI, Clark County District Court.

Melissa W. Wolchansky (*pro hac vice*)
HALUNEN LAW
80 South Eighth Street, Suite 1650
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Fax: (612) 605-4099
wolchansky@halunenlaw.com

Robert K. Shelquist (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
Telephone: (612) 339-6900
rkshelquist@locklaw.com

*Attorneys for Plaintiff Luz Elena Cuadros*

## **ORDER**

**IT IS SO ORDERED.**

_____

UNITED STATES MAGISTRATE JUDGE

Dated: June 27, 2017

CORE/2063187.0036/133724481.1