**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LUZ ELENA CUADROS, | |
| Plaintiff, | |
| vs. | 2:16-cv-02025-JCM-VCF |
| STATE FARM FIRE AND CASUALTY COMPANY, | **ORDER** |
| Defendant. | |

Before the Court are Plaintiff's and Defendant's Motion to Appear Telephonically for the Hearing Set for July 31, 2017 at 10:00 AM (ECF Nos. 61 and 62).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's and Defendant's Motion to Appear Telephonically for the Hearing Set for July 31, 2017 at 10:00 AM (ECF Nos. 61 and 62) are GRANTED.

Ms. Melissa W. Wolchansky and Mr. Todd Noteboom may appear telephonically.

The call-in telephone number is (888)273-3658, access code: 3912597.  The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 28th day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE