J. Randall Jones (Nev. Bar No. 1927)
Michael J. Gayan (Nev. Bar No. 11135)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
T: (702) 385-6000
F: (702) 385-6001
r.jones@kempjones.com
m.gayan@kempjones.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUZ ELENA CUADROS, on behalf of herself and all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>STATE FARM FIRE AND CASUALTY COMPANY, )<br><br>Defendant. ) | Case No. 2:16-CV-2025 JCM (VCF)<br><br>**STIPULATION RE: HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DKT. 56) AND PLAINTIFF'S MOTION TO COMPEL DISCOVERY (DKT. 65)** |

COME NOW the Parties, by and through their undersigned attorneys, and respectfully ask the Court to move the hearing on Defendant State Farm's Motion for Protective Order (Dkt. 56) and Plaintiff's Motion to Compel (Dkt. 65) from 3:00 p.m. on September 6, 2017, to 8:30 a.m. on September 6, 2017. In support of their stipulation, the Parties state as follows:

1.     On July 31, 2017, the Court held a hearing on the Motion to Vacate the Order on Motion for Protective Order (Dkt. 59). At the conclusion of the hearing, the Court set argument on the Motion for Protective Order and Motion to Compel for 10:00 a.m. on September 6, 2017.

2.     On August 23, 2017, the Court issued a Minute Order (Dkt. 72) setting a hearing on Defendant State Farm's Motion to Dismiss and Plaintiff's Motion to Compel Discovery for 3:00 p.m., on Wednesday, September 6, 2017.

1       3.       Upon receipt of the foregoing Minute Order, Counsel for Parties conferred and, due

2 to preexisting conflicts that would prevent some counsel from attending the hearing, the parties

3 agreed to request that the hearing be moved up to at 8:30 a.m. that same day.

4

5       WHEREFORE, the Parties jointly request that the hearing on Defendant State Farm's

6 Motion for Protective Order and Plaintiff's Motion to Compel Discovery be set for 8:30 a.m. on

7 Wednesday, September 6, 2017.

8 Dated: August 24, 2017                Respectfully submitted,

9                            /s/ Michael J. Gayan_____
                           J. Randall Jones

10                            Michael J. Gayan
                           KEMP, JONES & COULTHARD, LLP

11                            Wells Fargo Tower
                           3800 Howard Hughes Parkway

12                            Seventeenth Floor
                           Las Vegas, Nevada 89169

13                            Telephone: (702) 385-6000
                           Fax: (702) 385-6001

14                            r.jones@kempjones.com
                           m.gayan@kempjones.com

15                            *On behalf of Plaintiff and Plaintiff's Counsel*

16                            /s/ Riley A. Clayton_____
                           Riley A. Clayton (Nevada Bar No. 005260)

17                            HALL JAFFE & CLAYTON, LLP
                           7425 Peak Drive

18                            Las Vegas, NV 89128
                           Telephone; (702_ 316-4111

19                            Fax: (702) 316-4114
                           rclayton@lawhjc.com

20                            Todd A. Noteboom (*pro hac vice*)

21                            Jeffrey G. Mason (*pro hac vice*)
                           150 South Fifth Street, Suite 2300

22                            Minneapolis, MN 55402
                           Telephone: (612) 335-1500

23                            Fax: (612) 335-1657
                           todd.noteboom@stinson.com

24                            jeffrey.mason@stinson.com

25 IT IS HEREBY ORDERED THAT THE
HEARING IS RESCHEDULED TO

26 8:30 am, September 6, 2017.           **IT IS SO ORDERED**

                           _____
                           UNITED STATES MAGISTRATE JUDGE

27                            Dated: _____8-24-2017_____, 2017

28