Riley A. Clayton (Nevada Bar No. 005260)
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, NV 89128
(702) 316-4111
Fax: (702) 316-4114
rclayton@lawhjc.com

Todd A. Noteboom (*pro hac vice*)
Jeffrey G. Mason (*pro hac vice*)
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500
Fax: (612) 335-1657
todd.noteboom@stinson.com
jeffrey.mason@stinson.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUZ ELENA CUADROS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant, | Case No. 2:16-CV-02025 JCM (VCF)<br><br>**NOTICE OF CORRECTED DOCUMENT RE STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION (ECF No. 71)**<br><br>**(First Request)** |

Plaintiff Luz Elena Cuadros ("Plaintiff") and Defendant State Farm Fire and Casualty Company ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate that Defendant may have up to and including September 14, 2017, to file a reply memorandum in support of Defendant's Motion for Reconsideration (ECF No. 71). **The Motion for Reconsideration was filed on August 18, 2017 (ECF No. 71)**. This is the first request for an

1

CORE/2063187.0036/134904608.1

extension of time in connection with Defendant's Motion for Reconsideration, and the Parties are in agreement that the extension is warranted and not brought for the purposes of unduly delaying these proceedings.

Dated this 6th day of September, 2017.

/s/ Robert K. Shelquist

J. Randall Jones (Nev. Bar No. 1927)
Michael J. Gayan (Nev. Bar No. 11135)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001
r.jones@kempjones.com

Imanuel B. Arin, Esq.
ARIN & ASSOCIATES
10801 W. Charleston Blvd., Suite 170
Las Vegas, NV 89135
Telephone: (702) 838-8600
Facsimile: (702) 838-8601

Charles J. LaDuca (*pro hac vice*)
Michael Flannery (*pro hac vice*)
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, Maryland 20814
Telephone: (202) 789-3960
Fax: (202) 789-1813
charles@cuneolaw.com
mflannery@cuneolaw.com

Melissa W. Wolchansky (*pro hac vice*)
HALUNEN LAW
80 South Eighth Street, Suite 1650
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Fax: (612) 605-4099
wolchansky@halunenlaw.com

///

Dated this 6th day of September, 2017.

/s/ Riley A. Clayton

Riley A. Clayton (Nevada Bar No. 005260)
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, NV 89128
(702) 316-4111
Fax: (702) 316-4114
rclayton@lawhjc.com

Todd A. Noteboom (*pro hac vice*)
Jeffrey G. Mason (*pro hac vice*)
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500
Fax: (612) 335-1657
todd.noteboom@stinson.com
jeffrey.mason@stinson.com

***Attorneys for Defendant State Farm Fire and Casualty Company***

CORE/2063187.0036/134904608.1

Robert K. Shelquist (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
Telephone: (612) 339-6900
rkshelquist@locklaw.com

*Attorneys for Plaintiff Luz Elena Cuadros*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: September 8, 2017

CORE/2063187.0036/134904608.1