Riley A. Clayton (Nevada Bar No. 005260)
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, NV 89128
(702) 316-4111
Fax: (702) 316-4114
rclayton@lawhjc.com

Todd A. Noteboom (*pro hac vice*)
Jeffrey G. Mason (*pro hac vice*)
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500
Fax: (612) 335-1657
todd.noteboom@stinson.com
jeffrey.mason@stinson.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUZ ELENA CUADROS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant, | Case No. 2:16-CV-02025 JCM (VCF)<br><br>**STIPULATION AND ORDER REGARDING SAMPLING PROTOCOL AND ALLOCATION OF COSTS** |

## STIPULATION

Plaintiff Luz Elena Cuadros ("Plaintiff") and Defendant State Farm Fire and Casualty Company ("State Farm") (together, the "Parties"), by and through their respective counsel, hereby submit this Stipulation in response to the Court's September 11, 2017 Order that the parties file a stipulation regarding a sampling protocol and allocation of costs (ECF No. 80).

On September 6, 2017, this Court held a hearing on State Farm's Motion for a Protective Order (ECF No. 56) and Plaintiff's Motion to Compel (ECF No. 65). One issue in dispute was Plaintiff's request that State Farm produce a sample subset of Nevada total loss claim files associated with the putative class that Plaintiff seeks to represent in this case. After the hearing, the Court directed the parties to meet and confer and to file a stipulation and order regarding a sampling protocol and allocation of costs (ECF No. 80.)

The parties have met and conferred and hereby stipulate and agree as follows:

1) State Farm shall produce on a rolling basis the valuation-related portions of the first 20 Nevada total loss claim files from each year of the putative class period (2011 - 2016). State Farm agrees to pay the costs associated with producing (e.g., collecting, printing, reviewing, redacting) these documents.

2) The parties reserve all rights with respect to State Farm's production of the valuation-related portions of any additional claim files and any allocation of costs associated with such a production. For example, Plaintiff reserves the right to request that State Farm produce the valuation-related portions of up to 100 claim files for each year of the putative class period. State Farm reserves the right to oppose any such request and/or to request that Plaintiff pay some or all of the costs associated with any such production.

Dated this 27th day of September, 2017.

/s/ Michael J. Gayan
J. Randall Jones (Nev. Bar No. 1927)
Michael J. Gayan (Nev. Bar No. 11135)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001
r.jones@kempjones.com

Dated this 27th day of September, 2017.

/s/ Riley A. Clayton
Riley A. Clayton (Nev. Bar No. 005260)
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, NV 89128
(702) 316-4111
Fax: (702) 316-4114
rclayton@lawhjc.com

CORE/0012516.0896/135237543.2

| | |
|---|---|
| Imanuel B. Arin, Esq.<br>ARIN & ASSOCIATES<br>10801 W. Charleston Blvd., Suite 170<br>Las Vegas, NV 89135<br>Telephone: (702) 838-8600<br>Facsimile: (702) 838-8601<br><br>Charles J. LaDuca (*pro hac vice*)<br>Michael Flannery (*pro hac vice*)<br>CUNEO GILBERT & LADUCA, LLP<br>8120 Woodmont Avenue, Suite 810<br>Bethesda, Maryland 20814<br>Telephone: (202) 789-3960<br>Fax: (202) 789-1813<br>charles@cuneolaw.com<br>mflannery@cuneolaw.com<br><br>Melissa W. Wolchansky (*pro hac vice*)<br>HALUNEN LAW<br>80 South Eighth Street, Suite 1650<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 605-4098<br>Fax: (612) 605-4099<br>wolchansky@halunenlaw.com<br><br>Robert K. Shelquist (*pro hac vice*)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>rkshelquist@locklaw.com<br>Telephone: (612) 339-6900<br>rkshelquist@locklaw.com<br><br>***Attorneys for Plaintiff Luz Elena Cuadros*** | Todd A. Noteboom (*pro hac vice*)<br>Jeffrey G. Mason (*pro hac vice*)<br>STINSON LEONARD STREET LLP<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402<br>(612) 335-1500<br>Fax: (612) 335-1657<br>todd.noteboom@stinson.com<br>jeffrey.mason@stinson.com<br><br>***Attorneys for Defendant State Farm Fire and Casualty Company*** |

**IT IS SO ORDERED.**

_[signature]_
_____
UNITED STATES MAGISTRATE JUDGE
9-28-2017
Dated: _____

3