# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

LUZ ELENA CUADROS,

            Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

            Defendant.

2:16-cv-02025-JCM-VCF

**<u>ORDER</u>**

Before the Court is Plaintiff's Motion for Leave to File Under Seal (ECF No. 91).

Plaintiff states that the court reporter did not mark certain portions of the deposition transcript of Douglas Graff, attached as Exhibit 1 to the Motion to Extend Initial Expert Disclosure Deadlines (ECF No. 90), as confidential. These portions should have been marked confidential pursuant to the parties' stipulated protective order (ECF No. 52). (ECF No. 91, p. 5). Plaintiff requests that ECF No. 90 is removed from the Court's docket. Plaintiff has filed a redacted version of the Motion to Extend Initial Expert Disclosure Deadlines (ECF N. 92) and refiled under sealed an unredacted Motion to Extend Initial Expert Disclosure Deadlines (ECF No. 93).

Plaintiff has given sufficient reason to seal Plaintiff's Motion to Extend Initial Expert Disclosure Deadlines (ECF No. 90).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Under Seal (ECF No. 91) is GRANTED.

Since ECF No. 90 and 93 are identical motions, the Clerk of Court is directed to seal and terminate Plaintiff's Motion to Extend Initial Expert Disclosure Deadlines (ECF No. 90).

Plaintiff's Motion to Extend Initial Expert Disclosure Deadlines (ECF No. 93) may remain under seal.

DATED this 7th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE